W. J. VAN SCHUYVER & CO. v. BREEDMAN. (Circuit Court of Appeals, Ninth Circuit. October 2, 1915.) In Error to the District Court of the United States for the Third Division of the Territory of Alaska. Donohoe & Dimond, of Valdez, Alaska, for plaintiff in error. R. E. Capers, of Cordova, Alaska, for defendant in error.

PER CURIAM. Dismissed by the clerk under rule 20, pursuant to stipulation of counsel for respective parties, without costs to either party.

---

WONG BACK SUE v. CONNELL, Immigration Inspector. Ex parte WONG BACK SUE. No. 2611. (Circuit Court of Appeals, Ninth Circuit. October 5, 1915.) Appeal from the District Court of the United States for the Southern Division of the Southern District of California. W. W. Hyams, Thomas A. Sanson, and Duke Stone, all of Los Angeles, Cal., for appellant. Albert Schoonover, U. S. Atty., and Mansel G. Gallaher, Asst. U. S. Atty., both of Los Angeles, Cal., and M. A. Thomas, Asst. U. S. Atty., of San Francisco, Cal., for appellee.

PER CURIAM. Dismissed for noncompliance by appellant with rules 23 and 24 (failure of appellant to print record, under rule 23, and to file a printed brief, under rule 24).